Case No. 22-10575

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

In the Matter of Highland Capital Management, L.P.,
*Debtor.*

NexPoint Advisors, L.P., Appellant/Creditor/Party in Interest 11 U.S.C. § 1109(b),
*Appellant,*

v.

Pachulski Stang Ziehl & Jones, L.L.P., Appellee/Retained Professional; Wilmer Cutler Pickering Hale and Dorr, L.L.P.; FTI Consulting, Incorporated; Teneo Capital, L.L.C.; Sidley Austin, L.L.P.,
*Appellees.*

NexPoint Advisors, L.P.,
*Appellant,*

v.

Wilmer Cutler Pickering Hale and Dorr, L.L.P.,
*Appellee.*

NexPoint Advisors, L.P.,
*Appellant,*

v.

Teneo Capital, L.L.C.,
*Appellee.*

NexPoint Advisors, L.P.,
*Appellant,*

v.

Sidley Austin, L.L.P.,
*Appellee.*

NexPoint Advisors, L.P.,
*Appellant,*

v.

FTI Consulting, Incorporated,
*Appellee.*

Appeal from the United States District Court
for the Northern District of Texas, Dallas Division
Before the Honorable James E. Kinkeade
[Case No. 3:21-cv-03086-K, *consolidated with* Case Nos. 3:21-cv-03088-K,
3:21-cv-03094-K, 3:21-cv-03096-K, and 3:21-cv-03104-K]

## APPELLANT NEXPOINT ADVISORS, L.P.'S CREDITOR DISCLOSURE STATEMENT

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Athanasios E. Agelakopoulos, Esq.
Nevada Bar No. 14339
aagelakopoulos@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, Nevada  89101-5805
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

Kristin H. Jain, Esq.
Texas Bar No. 24010128
khjain@jainlaw.com
JAIN LAW & ASSOCIATES PLLC
400 North Saint Paul Street, Suite 510
Dallas, Texas  75201-6829
Telephone: (214) 446-0330
Facsimile: (214) 446-0321

*Counsel for NexPoint Advisors, L.P*

Appellant NexPoint Advisors, L.P. (the "**Appellant**" or "**NexPoint**"), pursuant to the Circuit Clerk's Letter dated June 10, 2022, hereby files the following *Creditor Disclosure Statement* to comply with the Court's disclosure requirements:

**(1)     Identity of the Reorganized Debtor**

In the underlying Chapter 11 bankruptcy case (Case No. 19-34054-sgj11, United States Bankruptcy Court for the Northern District of Texas, Dallas Division, the Honorable Stacey G. C. Jernigan presiding), the Reorganized Debtor is Highland Capital Management, L.P.

**(2)     Identities of the Members of the Creditor's Committee**

The Official Committee of Unsecured Creditors in the underlying Chapter 11 bankruptcy case dissolved as of August 11, 2021, the effective date of the confirmed plan of reorganization. The members of the Official Committee of Unsecured Creditors were:

(a)     Redeemer Committee of Highland Crusader Fund — Attn: Eric Felton; 731 Pleasant Avenue; Glen Ellyn, Illinois  60137; Telephone: (312) 953-0664; E-Mail: ericfelton@me.com;

(b)     Meta-e Discovery — Attn: Paul McVoy; 93 River Street; Milford, Connecticut  06460; Telephone: (203) 544-8323; E-Mail: pmcvoy@metaediscovery.com;

(c)     UBS Securities LLC and UBS AG London Branch — Attn:

Elizabeth Kozlowski; 1285 Avenue of the Americas; New York,

New York 10019; Telephone: (212) 713-2000; and

(d)     Acis Capital Management, L.P. and Acis Capital Management

GP, LLP — Attn: Joshua Terry; 3100 Webb Avenue, Suite 203;

Dallas, Texas 75025; Telephone: (214) 556-3405; E-Mail:

josh@shorewoodmgmt.com.

**(3)     Identity of Any Entity That Is an Active Participant in the Proceeding Before the Fifth Circuit**

The active participants in this proceeding before the Fifth Circuit are:

(a)     Appellant:

NexPoint Advisors, L.P.

(b)     Appellees:

(i)     Pachulski Stang Ziehl & Jones, L.L.P.;

(ii)    Wilmer Cutler Pickering Hale and Dorr, L.L.P.;

(iii)   FTI Consulting, Incorporated;

(iv)    Teneo Capital, L.L.C.; and

(v)     Sidley Austin, L.L.P.

/ / /

/ / /

/ / /

**(4)     Identity of Any Other Entity Known to the Declarant Whose Stock or Equity Value Could Be Substantially Affected by the Outcome of the Proceeding**

NexPoint is not aware of any other entities whose stock or equity value could be substantially affected by the outcome of the proceeding. That said, as previously disclosed in the underlying District Court appellate cases in accordance with Rule 8012 of the Federal Rules of Bankruptcy Procedure and Rule 8012.1 of the Local Bankruptcy Rules for the Northern District of Texas:

(a)     NexPoint Advisors GP, LLC is a nongovernmental corporate entity which serves as General Partner for NexPoint, and no publicly held corporation owns ten percent (10%) or more of the equity interests in either NexPoint or NexPoint Advisors GP, LLC;

(b)     Strand Advisors, Inc. is a nongovernmental corporate entity which serves as General Partner for Highland Capital Management, L.P., and no publicly held corporation owns ten percent (10%) or more of the equity interests in either Highland Capital Management, L.P. or Strand Advisors, Inc.; and

(c)     NexPoint, Pachulski Stang Ziehl & Jones L.L.P., Highland Capital Management, L.P., and all creditors of Highland Capital

Management, L.P. may be financially interested in the outcome of the underlying District Court appellate cases.

**(5)    Identities of Counsel to the Parties/Entities Identified in (1)-(4)**

The following persons and law firms represent the parties and entities identified herein:

(a)    Appellant NexPoint Advisors, L.P.

Samuel A. Schwartz, Esq. (Nevada Bar No. 10985)
Athanasios E. Agelakopoulos, Esq. (Nevada Bar No. 14339)
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, Nevada  89101-5805
Telephone: (702) 385-5544
Facsimile: (702) 442-9887
E-Mail:  saschwartz@nvfirm.com
         aagelakopoulos@nvfirm.com

- and -

Kristin H. Jain, Esq. (Texas Bar No. 24010128)
JAIN LAW & ASSOCIATES PLLC
400 North Saint Paul Street, Suite 510
Dallas, Texas  75201-6829
Telephone: (214) 446-0330
Facsimile: (214) 446-0321
E-Mail:  khjain@jainlaw.com

(b)    Appellee Pachulski Stang Ziehl & Jones, L.L.P.

Jeffrey N. Pomerantz, Esq. (California Bar No. 143717)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California  90067-4003
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

E-Mail:  jpomerantz@pszjlaw.com

- and -

John A. Morris, Esq. (New York Bar No. 2405397)
Jordan A. Kroop, Esq. (New York Bar No. 2680882)
Gregory V. Demo, Esq. (New York Bar No. 5371992)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York  10017-2024
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
E-Mail:  jmorris@pszjlaw.com
             jkroop@pszjlaw.com
             gdemo@pszjlaw.com

- and -

Melissa S. Hayward, Esq. (Texas Bar No. 24044908)
Zachery Z. Annable, Esq. (Texas Bar No. 24053075)
HAYWARD PLLC
10501 North Central Expressway, Suite 106
Dallas, Texas  75231-2203
Telephone: (972) 755-7100
Facsimile: (972) 755-7110
E-Mail:  mhayward@haywardfirm.com
             zannable@haywardfirm.com

(c)   Appellee Wilmer Cutler Pickering Hale and Dorr, L.L.P.

Timothy F. Silva, Esq. (Massachusetts Bar No. 637407)
Benjamin W. Loveland, Esq. (Massachusetts Bar No. 669445)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts  02109-1800
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
E-Mail:  timothy.silva@wilmerhale.com
             benjamin.loveland@wilmerhale.com

- and -

Melissa S. Hayward, Esq. (Texas Bar No. 24044908)
Zachery Z. Annable, Esq. (Texas Bar No. 24053075)
HAYWARD PLLC
10501 North Central Expressway, Suite 106
Dallas, Texas  75231-2203
Telephone: (972) 755-7100
Facsimile: (972) 755-7110
E-Mail:  mhayward@haywardfirm.com
        zannable@haywardfirm.com

(d)    Appellee FTI Consulting, Incorporated

Matthew A. Clemente, Esq. (Illinois Bar No. 6255757)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois  60603-2302
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
E-Mail:  mclemente@sidley.com

- and -

Penny P. Reid, Esq. (Texas Bar No. 15402570)
Paige Holden Montgomery, Esq. (Texas Bar No. 24037131)
Juliana L. Hoffman, Esq. (Texas Bar No. 24106103)
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas  75201-3351
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
E-Mail:  preid@sidley.com
        pmontgomery@sidley.com
        jhoffman@sidley.com

(e)    Appellee Teneo Capital, L.L.C.

Matthew A. Clemente, Esq. (Illinois Bar No. 6255757)
SIDLEY AUSTIN LLP

One South Dearborn Street
Chicago, Illinois  60603-2302
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
E-Mail:  mclemente@sidley.com

- and -

Penny P. Reid, Esq. (Texas Bar No. 15402570)
Paige Holden Montgomery, Esq. (Texas Bar No. 24037131)
Juliana L. Hoffman, Esq. (Texas Bar No. 24106103)
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas  75201-3351
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
E-Mail:  preid@sidley.com
   pmontgomery@sidley.com
   jhoffman@sidley.com

(f) Appellee Sidley Austin, L.L.P.

Matthew A. Clemente, Esq. (Illinois Bar No. 6255757)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois  60603-2302
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
E-Mail:  mclemente@sidley.com

- and -

Penny P. Reid, Esq. (Texas Bar No. 15402570)
Paige Holden Montgomery, Esq. (Texas Bar No. 24037131)
Juliana L. Hoffman, Esq. (Texas Bar No. 24106103)
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas  75201-3351
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

E-Mail:  preid@sidley.com
          pmontgomery@sidley.com
          jhoffman@sidley.com

(g)    Reorganized Debtor Highland Capital Management, L.P.

Richard M. Pachulski, Esq. (California Bar No. 90073)
Ira D. Kharasch, Esq. (California Bar No. 109084)
Jeffrey N. Pomerantz, Esq. (California Bar No. 143717)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California  90067-4003
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-Mail:  rpachulski@pszjlaw.com
          ikharasch @pszjlaw.com
          jpomerantz@pszjlaw.com

- and -

John A. Morris, Esq. (New York Bar No. 2405397)
Jordan A. Kroop, Esq. (New York Bar No. 2680882)
Gregory V. Demo, Esq. (New York Bar No. 5371992)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York  10017-2024
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
E-Mail:  jmorris@pszjlaw.com
          jkroop@pszjlaw.com
          gdemo@pszjlaw.com

- and -

Maxim B. Litvak, Esq. (California Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
One Market Plaza, Spear Tower, 40th Floor
San Francisco, California  94105-1020
Telephone: (415) 263-7000
Facsimile: (415) 263-7010

E-Mail: mlitvak@pszjlaw.com

- and -

James E. O'Neill, Esq. (Delaware Bar No. 4042)
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
Wilmington, Delaware 19801-3023
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-Mail: joneill@pszjlaw.com

- and -

Melissa S. Hayward, Esq. (Texas Bar No. 24044908)
Zachery Z. Annable, Esq. (Texas Bar No. 24053075)
HAYWARD PLLC
10501 North Central Expressway, Suite 106
Dallas, Texas 75231-2203
Telephone: (972) 755-7100
Facsimile: (972) 755-7110
E-Mail: mhayward@haywardfirm.com
            zannable@haywardfirm.com

(h)    Official Committee of Unsecured Creditors

Matthew A. Clemente, Esq. (Illinois Bar No. 6255757)
Dennis M. Twomey, Esq. (Illinois Bar No. 6273190)
Alyssa Russell, Esq. (Illinois Bar No. 6320247)
Allison Ross Stromberg, Esq. (Illinois Bar No. [Unknown])
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603-2302
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
E-Mail: mclemente@sidley.com
            dtwomey@sidley.com
            alyssa.russell@sidley.com
            astromberg@sidley.com

- and -

Penny P. Reid, Esq. (Texas Bar No. 15402570)
Paige Holden Montgomery, Esq. (Texas Bar No. 24037131)
Juliana L. Hoffman, Esq. (Texas Bar No. 24106103)
Charles M. Persons, Esq. (Texas Bar No. 24060413)
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas  75201-3351
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
E-Mail:  preid@sidley.com
        pmontgomery@sidley.com
        jhoffman@sidley.com
        cpersons@sidley.com

(i)    NexPoint Advisors GP, LLC

Davor Rukavina, Esq. (Texas Bar No. 24030781)
Julian P. Vasek, Esq. (Texas Bar No. 24070790)
MUNSCH HARDT KOPF & HARR, P.C.
500 North Akard Street, Suite 3800
Dallas, Texas  75202-2790
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
E-Mail:  drukavina@munsch.com
        jvasek@munsch.com

(j)    Strand Advisors, Inc.

Amy L. Ruhland (Rudd) (Texas Bar No. 24043561)
DLA PIPER LLP (US)
303 Colorado Street, Suite 3000
Austin, Texas  78701-4654
Telephone: (512) 457-7000
Facsimile: (512) 457-7001
E-Mail:  amy.ruhland@us.dlapiper.com

- and -

Jason M. Hopkins (Texas Bar No. 24059969)
DLA PIPER LLP (US)
1900 North Pearl Street, Suite 2200
Dallas, Texas  75201-2482
Telephone: (214) 743-4500
Facsimile: (214) 743-4545
E-Mail:  jason.hopkins@us.dlapiper.com

- and -

Clay M. Taylor (Texas Bar No. 24033261)
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas  76102-3727
Telephone: (817) 405-6900
Facsimile: (817) 405-6902
E-Mail:  clay.taylor@bondsellis.com


*[Signature Page to Follow]*

Dated: June 24, 2022.

By: */s/ Samuel A. Schwartz*
    Samuel A. Schwartz, Esq.
    Nevada Bar No. 10985
    saschwartz@nvfirm.com
    Athanasios E. Agelakopoulos, Esq.
    Nevada Bar No. 14339
    aagelakopoulos@nvfirm.com
    SCHWARTZ LAW, PLLC
    601 East Bridger Avenue
    Las Vegas, Nevada  89101
    Telephone: (702) 385-5544
    Facsimile: (702) 442-9887

    - and -

    */s/ Kristin H. Jain*
    Kristin H. Jain, Esq.
    Texas Bar No. 24010128
    khjain@jainlaw.com
    JAIN LAW & ASSOCIATES PLLC
    400 North Saint Paul Street, Suite 510
    Dallas, Texas  75201-6829
    Telephone: (214) 446-0330
    Facsimile: (214) 446-0321

    *Counsel for NexPoint Advisors, L.P.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 24, 2022, a true and correct copy

of the foregoing *Creditor Disclosure Statement* was served electronically via the

Court's ECF system upon all parties of interest requesting or consenting to such

service in this case.

/s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Athanasios E. Agelakopoulos, Esq.
Nevada Bar No. 14339
aagelakopoulos@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, Nevada  89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

*Counsel for NexPoint Advisors, L.P.*