# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 30, 2023

No. 22-10575   NexPoint Advisors v. Pachulski Stang
USDC No. 3:21-CV-3086
USDC No. 3:21-CV-3088
USDC No. 3:21-CV-3094
USDC No. 3:21-CV-3096
USDC No. 3:21-CV-3104

Dear

We have reviewed your electronically filed  and it is sufficient.

You must submit the 7 paper copies of your brief required by **5TH CIR. R.** 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by **5TH CIR. R.** 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

**We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See **5TH CIR. R.** 30.1.7(c).

The paper copies of your brief/record excerpts must **not** contain a header noting "RESTRICTED". The covers of your documents must be the following colors: Appellant's brief must be blue. Appellee's brief must be red. Appellant's Reply brief must be gray. Record excerpts must be white.

**DO NOT INCLUDE ANY DEFICIENCY NOTICES WITHIN THE PAPER COPIES.**

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Pam Trice
Pamela F. Trice, Deputy Clerk
504-310-7633

Mr. Athanasios Eftimios Agelakopoulos
Mr. Zachery Z. Annable
Mr. Gregory Vincent Demo
Ms. Kristin H. Jain
Mr. Jordan A. Kroop

Mr. Benjamin Loveland
Mrs. Paige Holden Montgomery
Mr. John A. Morris
Mr. Jeffrey N. Pomerantz
Mr. Samuel A. Schwartz
Mr. Timothy F. Silva